```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX018608
Cashier ID: sg
Transaction Date: 05/04/2009
Payer Name: STEPHEN BURDEN
--------------------------------
CIVIL FILING FEE
 For: STEPHEN BURDEN
 Amount:       $350.00
--------------------------------
CHECK
 Check/Money Order Num: 3875
 Amt Tendered: $350.00
--------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

09-CV-01028

A fee of $45.00 will be assessed on
any returned check.
```