IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-01028-CMA-MJW

STEPHEN BURDEN,

    Plaintiff,

v.

ISONICS CORP.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 24). The Court having considered the Stipulation, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED:  November  9 , 2009

                                  BY THE COURT:

                                  *[signature: Christine M. Arguello]*

                                  CHRISTINE M. ARGUELLO
                                  United States District Court Judge